IN THE UNITED STATES DISTRICT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BRUCE ANTHONY TURNER,** | : |
| Petitioner, | : |
| vs. | :   **CIVIL ACTION 06-0065-CG-C** |
| **BOB RILEY, et al.,** | : |
| Respondents. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this habeas action be and is hereby **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

**DONE** this 22nd day of May, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE