IN THE UNITED STATES DISTRICT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BRUCE ANTHONY TURNER,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 06-0065-CG-C |
| **BOB RILEY, et al.,** | : |
| Respondents. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this habeas action be and is hereby **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

**DONE** this 22nd day of May, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE